# KEVIN KERVENG TUNG, P.C.

| | *Attorneys at Law* | |
|---|---|---|
| Kevin K. Tung * | | Ting Ting Xu |
| Lu He | | Dong Yu |
| Wei Sun | 136-20 38th Avenue, Suite 3D | Ge Li |
| Kenji Fukuda | Flushing, New York 11354 | Jia Lei |
| Helen Wu | (718) 939-4633 | Zheng Gao |
| Shengming Shi | Facsimile (718) 939-4468 | Mengyao Wang |
| Song Chen | | |
| Andrew D. Solomon * | | |

*Also Admitted In New Jersey

Writer's E-Mail:
schen@kktlawfirm.com

November 18, 2013

Via ECF
Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

Re:   Jian Long Li v. Li Qin Zhao, et. al.
Case No.:   11-cv- 5636 (PKC)(WDW)

Dear Judge Chen:

     We represent defendants in the above-captioned FLSA action.  Pursuant to your Honor's Order dated October 17, 2013, defendants move the Court for a summary judgment dismissing the plaintiff' complaint in its entirety.  On November 18, 2013, a copy of notice motion, memorandum of law, certification, and local rule 56.1 statement, together with exhibits, has been served upon plaintiff via priority mail.

     Thank you very much in advance for your consideration and helpfulness in this matter.

                                              Very truly yours

                                              /s/ Song Chen

cc:  John Troy, Esq. (via priority mail)